UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GORDON BRENT PIERCE,<br><br>Defendant. | Case No. 16-cv-04271-EDL<br><br>**JUDGMENT** |

Pursuant to Section 20(c) of the Securities Act of 1933, Section 21(e) of the Securities Exchange Act of 1934, and the terms of the Securities and Exchange Commission's March 7, 2014 Opinion and Order imposing remedial sanctions against Defendant Gordon Brent Pierce ("Defendant"), *Gordon Brent Pierce*, Securities Act Release No. 71664, 2014 SEC LEXIS 839, at *5 (March 7, 2014), the Court hereby enters judgment in favor of Plaintiff Securities and Exchange Commission and against Defendant as follows:

Defendant shall disgorge the sum of $1,983,169.11 plus prejudgment interest calculated beginning from July 1, 2004, with interest accruing on all funds owed until they are paid in accordance with Commission Rule of Practice 600; and post-judgment interest on the foregoing pursuant to 28 U.S.C. § 1961, from the date of this Judgment until the date all money has been paid;

Defendant shall further disgorge the sum of $5,264,466.64 plus prejudgment interest calculated beginning from October 1, 2004, with interest accruing on all funds owed until they are paid in accordance with Commission Rule of Practice 600; and post-judgment interest on the foregoing pursuant to 28 U.S.C. § 1961, from the date of this Judgment until the date all money has been paid.

The Court shall retain jurisdiction over this action for all purposes, including to implement and enforce the terms of this Judgment.

**IT IS SO ORDERED.**

Dated:  December 6, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court
Northern District of California